# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   STEPHANIE J. JACKSON                                    Case Number: 05-70934
         2514 ELLEN AVENUE                    SSN-xxx-xx-1144
         ROCKFORD, IL  61101

|                          | Case filed on:      | 3/4/2005 |
|--------------------------|---------------------|----------|
|                          | Plan Confirmed on:  | 5/9/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $5,760.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---------|----------------------|------------------------|---------------------|----------------|---------------|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|     | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|     | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | STEPHANIE J. JACKSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ROUNDUP FUNDING LLC | 3,000.00 | 3,000.00 | 3,000.00 | 782.48 |
|     | Total Secured | 3,000.00 | 3,000.00 | 3,000.00 | 782.48 |
| 001 | ROUNDUP FUNDING LLC | 3,567.52 | 3,567.52 | 173.47 | 0.00 |
| 002 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CFC FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | EXCEL TELECOMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | FINGERHUT CREDIT ADVANTAGE | 491.32 | 491.32 | 23.89 | 0.00 |
| 007 | ASSET ACCEPTANCE CORP | 168.12 | 168.12 | 8.17 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RECEIVABLE MANAGEMENT SOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | RISK MANAGEMENT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD HEALTH PHYSICIANS | 254.15 | 254.15 | 12.36 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 311.00 | 311.00 | 15.12 | 0.00 |
| 015 | SMC | 380.49 | 380.49 | 18.50 | 0.00 |
| 016 | SPIRIT OF AMERICA NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FIRST EXPRESS | 57.23 | 57.23 | 2.78 | 0.00 |
|     | Total Unsecured | 5,229.83 | 5,229.83 | 254.29 | 0.00 |
|     | Grand Total: | 9,593.83 | 9,593.83 | 4,618.29 | 782.48 |

Total Paid Claimant:         $5,400.77
Trustee Allowance:           $359.23
Percent Paid Unsecured:      4.86

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008                    By _/s/Heather M. Fagan_____